**KUZYK LAW, LLP**
Michael D. Braun (SBN 167416)
*mdb@kuzykclassactions.com*
1999 Avenue of the Stars, Ste. 1100
Los Angeles, California 90067
Telephone:     (213) 401-4100
Facsimile:     (213) 401-0311

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
Matthew B. George (SBN 239322)
*mgeorge@kaplanfox.com*
Blair E. Reed (SBN 316791)
*breed@kaplanfox.com*
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:     (415) 772-4700
Facsimile:     (415) 772-4707

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss (to be admitted *pro hac vice*)
*jstrauss@kaplanfox.com*
850 Third Avenue
New York, NY  10022
Telephone:     (212) 687-1980
Facsimile:     (212) 687-7714

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT L. WARING, on behalf of himself and all others similarly situated,<br><br>                        Plaintiff,<br><br>        v.<br><br>TRADER JOE'S COMPANY,<br><br>                        Defendant. | Case No. 3:23-cv-00402<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

**TO THE COURT, AND TO ALL PARTIES, AND COUNSEL OF RECORD:**

The undersigned is counsel of record for Plaintiff Robert L. Waring, and hereby submits the following disclosure statement pursuant to Civil Local Rules 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

DATED: January 27, 2023

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Laurence D.* King
       Laurence D. King

Laurence D. King (SBN 206423)
lking@kaplanfox.com
Matthew B. George (SBN 239322)
mgeorge@kaplanfox.com
Blair E. Reed (SBN 316791)
breed@kaplanfox.com
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:   (415) 772-4700
Facsimile:    (415) 772-4707

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss (to be admitted *pro hac vice*)
jstrauss@kaplanfox.com
850 Third Avenue
New York, NY  10022
Telephone:   (212) 687-1980
Facsimile:    (212) 687-7714

**KUZYK LAW, LLP**
Michael D. Braun (SBN 167416)
mdb@kuzykclassactions.com
1999 Avenue of the Stars, Ste. 1100
Los Angeles, California 90067
Telephone:   (213) 401-4100
Facsimile:    (213) 401-0311

*Counsel for Plaintiff and the Proposed Class*