AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Robert L. Waring ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:23-cv-00402 |
| Trader Joe's Company ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert L. Waring -- Plaintiff  .

Date:    01/27/2023

*Attorney's signature*

Michael Braun (CSB 167416)
*Printed name and bar number*

1999 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067
*Address*

mdb@kuzykclassactions.com
*E-mail address*

(213) 401-4100
*Telephone number*

(213) 401-0311
*FAX number*