AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| ROBERT L. WARING, on behalf of himself and all others similarly situated, *Plaintiff(s)* <br><br> v. <br><br> TRADER JOE'S COMPANY, <br><br> *Defendant(s)* | Civil Action No.  3:23-cv-00402 DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    TRADER JOE'S COMPANY
    800 S. Shamrock Avenue
    Monrovia, CA  91016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Laurence D. King
    KAPLAN FOX & KILSHEIMER LLP
    1999 Harrison Street, Suite 1560
    Oakland, CA  94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B. Busby*

Date: 1/30/2023

*Signature of Clerk or Deputy Clerk*