1  DAWN SESTITO (S.B. #214011)
2  dsestito@omm.com
   O'MELVENY & MYERS LLP
3  400 South Hope Street
   18th Floor
4  Los Angeles, California  90071-2899
   Telephone:  +1 213 430 6000
5  Facsimile:   +1 213 430 6407

6  Attorneys for Defendant
   Trader Joe's Company

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT L. WARING, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY,<br><br>Defendant. | Case No. 3:23-cv-00402-WHO<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TRADER JOE'S COMPANY TO RESPOND TO COMPLAINT**<br><br>Complaint served:  February 6, 2023<br>Current response date:  Feb. 27, 2023<br>New response date:  March 29, 2023<br><br>Judge:  Hon. William H. Orrick |

Plaintiff Robert L. Waring and Defendant Trader Joe's Company, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on January 27, 2023, Plaintiff filed his initial Complaint against Defendant;

WHEREAS, Plaintiff served the Complaint on Defendant on February 6, 2023;

WHEREAS, based on the date of service, Defendant's response deadline would be February 27, 2023;

1   WHEREAS, Defendant's counsel has requested an extension of time to respond to the Complaint to attend to case management and to become familiar with the allegations and claims asserted in the Complaint;

WHEREAS, the parties agreed to extend the deadline for Defendant to respond to the Complaint from February 27, 2023 to March 29, 2023, which is thirty (30) days after the original deadline to respond to the Complaint;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, Defendant has not yet sought or been granted any other extension of time to respond to the Complaint;

WHEREAS, all parties join in this Stipulation and do so without waiving any of their rights, claims or defenses.

**NOW THEREFORE**, the parties hereby stipulate that Defendant shall have until March 29, 2023 to respond to the Complaint, whether by way of answer, a motion under Rule 12, or otherwise.

Dated:  February 15, 2023            **O'MELVENY & MYERS LLP**
                                     DAWN SESTITO

                                     By:   */s/ Dawn Sestito*
                                           Dawn Sestito
                                           Attorneys for Defendant
                                           Trader Joe's Company

Dated: February 15, 2023

**KUZYK LAW LLP**
MICHAEL D. BRAUN

**KAPLAN FOX & KILSHEIMER LLP**
LAURENCE D. KING
MATTHEW B. GEORGE
BLAIR E. REED
JOEL B. STRAUSS

By: */s/ Michael D. Braun*
Michael D. Braun
Attorneys for Plaintiff
Robert L. Waring

## ATTESTATION

I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized its filing.

Dated: February 15, 2023

**O'MELVENY & MYERS LLP**

By: */s/ Dawn Sestito*
Dawn Sestito